Rohde v. State, 562 N.W.2d 104 (N.D. 1996)|N.D. Supreme Court|
Rohde v. State, 562 N.W.2d 104 (N.D. 1996)
[Go to Documents]
Filed Dec. 20, 1996
IN THE SUPREME COURT
STATE OF NORTH DAKOTA
Kevin Eugene Rohde, Petitioner and Appellant
v.
State of North Dakota, Respondent and Appellee
Civil Nos. 960139, 960140 and 960141
Appeal from the District Court for Barnes County, Southeast Judicial District, the Honorable Mikal Simonson, Judge.
AFFIRMED.
Per Curiam. Kent M. Morrow, of Severin, Ringsak & Morrow, Bismarck, for petitioner and appellant. Submitted on brief. Robin Huseby, State's Attorney, Valley City, for respondent and appellee. Submitted on brief.
Rohde v. State
Civil Nos. 960139, 960140 and 960141
Per Curiam.
Kevin Eugene Rohde appealed from an order denying his application for post-conviction relief. We conclude the trial court's findings of fact and conclusions of law are adequate under N.D.C.C. 29-32.1-11(1), and we affirm the order under N.D.R.App.P. 35.1(a)(2).
Gerald W. VandeWalle, C.J.
Dale V. Sandstrom
William A. Neumann
Mary Muehlen Maring
Herbert L. Meschke